UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RALPH FOSTER JACKSON, JR., | ) | |
| | ) | |
| Petitioner, | ) | 3:03-cv-00263-ECR-VPC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL BUDGE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This closed action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.  The Court entered an order on January 3, 2007, denying the petition. (Docket #73).  Judgment was entered on January 4, 2007. (Docket #74).

Petitioner filed an address change notice on October 16, 2009, and also requests a copy of the docket. (Docket #78).  The Court will grant the request for a copy of the docket. Petitioner is informed that this action has been closed for several years and that no further documents shall be filed in this matter.

1  **IT IS THEREFORE ORDERED** that the Clerk of Court **SHALL SEND** petitioner
2  a copy of the docket sheet in this case.  **Petitioner shall file no further documents in this case.**
3
    DATED this 8th day of July, 2010.
4
                                    *Edward C. Reed.*
5                          _____
                           UNITED STATES DISTRICT JUDGE
6